IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| WILLIAM L. OGLETREE, | ) NO._____ |
|---|---|
| Plaintiff, | ) |
| | ) JUDGE_____ |
| v. | ) |
| | ) MAGISTRATE JUDGE |
| NEW PRIME INC. and EUGENE E. BUTTS, | ) _____ |
| | ) |
| Defendants. | ) JURY DEMAND |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, defendant New Prime Inc. ("New Prime" or "Defendant"), by counsel, files this Notice of Removal of this action from the Circuit Court in Marion County, Tennessee, where it is now pending, to the United States District Court for the Eastern District of Tennessee based upon diversity of citizenship and an amount in controversy exceeding $75,000. The grounds for removal are as follows.

### Procedural Background

1. This action was commenced on or about April 29, 2022 by Plaintiff's filing of the Complaint in the Marion County Circuit Court in Marion County, Tennessee, case no. 22909 (the "Complaint"). True and accurate copies of the pleadings served upon this Defendant in this action are attached as Exhibit A.

2. The Complaint was served on this Defendant by serving its registered agent on or about May 4, 2022. The Notice of Removal is being filed within thirty (30) days after service of the Complaint in the matter; therefore, the removal is timely in accordance with 28 U.S.C. § 1446.

3. The Complaint contains allegations of negligence and negligence *per se* against defendant Eugene E. Butts in operating the vehicle without exercising ordinary and due care,

thus leading to Plaintiff's injuries. It contains allegations of vicarious liability against this Defendant along with claims of direct negligence against this Defendant. Plaintiff seeks compensatory damages in amount not to exceed $2,000,000 and punitive damages not to exceed $4,000,000 in his Complaint. Accordingly, it is clear that the amount in controversy exceeds $75,000, such that this Court has jurisdiction over the matter.

4. According to the Complaint, Plaintiff is a citizen and resident of the State of Georgia.

5. Defendant New Prime Inc. is a foreign corporation organized under the laws of the State of Nebraska with its principal place of business in Missouri.

6. Defendant Eugene E. Butts is a citizen and resident of the State of Georgia. Undersigned counsel will also represent Mr. Butts in this matter, and he consents to the removal of this matter to the United Stated District Court for the Eastern District of Tennessee.

7. The United States District Court for the Eastern District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the parties, and the amount in controversy clearly exceeds $75,000 exclusive of interest and costs.

8. A copy of this Notice of Removal is being served via email on counsel for Plaintiff, and a Notice of Filing of Notice of Removal is being filed with the Marion County Circuit Court in Marion County, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those notices are attached as Exhibit B.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

9. Defendant demands a jury to try this case.

**WHEREFORE,** Defendant prays this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to effect the removal of this case from the Marion County Circuit Court in Jasper, Tennessee to this Court.

Respectfully submitted,

LEWIS THOMASON, P.C.

By: /s/*Mary Beth White*
    Mary Beth White, BPR #24462
    Michael Holder, BPR #34284
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    (615) 259-1366
    mbwhite@lewisthomason.com
    mholder@lewisthomason.com

*Attorneys for defendant New Prime Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing NOTICE OF REMOVAL has been served on the following counsel of record via email and through the Court's electronic filing system:

    Danny R. Ellis, Esq.
    Truck Wreck Justice, PLLC
    1419 Market Street
    Chattanooga, TN 37402

This the 2nd day of June 2022.

                                                /s/*Mary Beth White*