# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| WILLIAM L. OGLETREE, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 1:22-cv-00142 |
| | ) | |
| vs. | ) | JUDGE CLIFTON L. CORKER |
| | ) | |
| NEW PRIME INC. AND EUGENE E. BUTTS, | ) ) | MAGISTRATE JUDGE SUSAN K. LEE |
| | ) | |
| Defendants. | ) | JURY DEMAND |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW plaintiff William Ogletree, *pro se*, and defendants New Prime, Inc. and Eugene E. Butts and stipulate that the above-styled action shall be and is dismissed WITH PREJUDICE pursuant to Fed.R.Civ.P. 41(a)(ii).

Dated: September 9, 2024.

Respectfully Submitted:

/s/ William Ogletree (w/permission by Mary Beth White, BPR #24462)
William Ogletree, Pro Se

LEWIS THOMASON, P.C.

By: /s/Mary Beth White
Mary Beth White, Esq. (BPR # 24462)
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
mbwhite@lewisthomason.com
direct line: (615) 259-1386

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE has been provided to Mr. Ogletree through the Court's electronic filing system and via email as follows:

    William Ogletree

    This the 9th day of September 2024.

                                                   /s/Mary Beth White